■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. SHAPARD, Appellant. [901 NYS2d 896]—Appeal from a resentence of the Supreme Court, Erie County (M. William Boller, A.J.), rendered April 9, 2009. Defendant was resentenced, as a persistent felony offender, upon his conviction of assault in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN M. BAKER, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 28, 2009. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree and criminal sexual act in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.